**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6061**

ROBERT S. BALLARD,

          Plaintiff - Appellant,

      v.

CAROLEE MULLINS; WILLIAM GOODMAN; ASHLEE BARNES,

          Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (5:15-ct-03045-H)

Submitted:  May 25, 2017                        Decided:  May 31, 2017

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert S. Ballard, Appellant Pro Se.  Yvonne Bulluck Ricci, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert S. Ballard appeals the district court's order granting Defendants' motion for summary judgment and dismissing Ballard's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ballard v. Mullins*, No. 5:15-ct-03045-H (E.D.N.C. Sept. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*